# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY BECKMAN,**
               **Plaintiff,**

**-vs-**                                                            **Case No.  6:06-cv-1349-Orl-31KRS**

**CITY OF SOUTH DAYTONA,**
               **Defendant.**
_____

## ORDER OF REMAND

Upon consideration of Plaintiff's Motion to Remand (Doc. 17) and Defendant's response (Doc. 20), it is

**ORDERED** that the Motion is GRANTED.  The Clerk is directed to REMAND this case to state court and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 5, 2006.

                                                            GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party